IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| | |
|---|---|
| MONIDA HEALTHCARE STAFFING SOLUTIONS, LLC, | CV 18–191–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| WELCOV HEALTHCARE, LLC, | |
| Defendant. | |

Before the Court is Plaintiff's Motion to Stay Proceedings (Doc. 8). Plaintiff advises the Court that collateral proceedings are underway that could potentially result in the dismissal of this case. These collateral proceedings include bankruptcy and an Assignment for Benefit of Creditors in Minnesota. The Court is satisfied that a stay is warranted in this case. Accordingly,

IT IS ORDERED that Plaintiff's Motion (Doc. 8) is GRANTED and all further deadlines are VACATED.

IT IS FURTHER ORDERED that Plaintiff shall file a status report no later than October 1, 2019, apprising the Court of the status of the pending collateral proceedings.

DATED this 2nd day of April, 2019.

*[signature]*

Dana L. Christensen, Chief District Judge
United States District Court