IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MONIDA HEALTHCARE STAFFING SOLUTIONS, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> WELCOV HEALTHCARE, LLC, <br><br> Defendant. | CV 18–191–M–DLC <br><br> ORDER |

Plaintiff Monida Healthcare Staffing Solutions, LLC ("Monida") moves to dismiss this action without prejudice. (Doc. 16.) As Defendant Welcov Healthcare, LLC has filed neither an answer nor a motion for summary judgment, Monida may dismiss its case without an order from the Court. Fed. R. Civ. P. 41(a)(1)(A)(i).

Accordingly, to the extent that Monida's motion does not itself dismiss this case, IT IS ORDERED that the motion (Doc. 16) is GRANTED, and this matter is DISMISSED without prejudice.

DATED this 16th day of April, 2021.

_____
Dana L. Christensen, District Judge
United States District Court